AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| STEVE RAPTAKIS | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09-cv-1143-TSE/IDD |
| AIR SERV CORPORATION, et al. | ) | |
| Defendant | ) | |

*AMENDED COMPLAINT*

## Summons in a Civil Action

To: *(Defendant's name and address)*

**AIR SERV CORPORATION**
SERVE: CT Corporation System, Registered Agent
4701 Cox Rd., Ste. 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

     Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David Ludwig
Dunlap, Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA 20175

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Name of clerk of court

Date: _____

Deputy clerk's signature

 

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| STEVE RAPTAKIS | ) |
| Plaintiff | ) |
| v. | ) |
| HUNTLEIGH USA CORPORATION, et al. | ) |
| Defendant | ) |

Civil Action No.  1:09-cv-1143 TSE/IDD

*AMENDED COMPLAINT*

**Summons in a Civil Action**

To: *(Defendant's name and address)*

HUNTLEIGH USA CORPORATION
*SERVE:* c/o National Registered Agents, Registered Agent
526 King St., Ste. 423
Alexandria, VA  22314

A lawsuit has been filed against you.

Within ~~20~~ *21* days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David Ludwig
Dunlap, Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA  20175

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____              _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*